[No. 21414–4–I.   Division One.   July 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT EARL BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–02345–0, Gerard M. Shellan, J., entered October 30, 1987. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Grosse, A.C.J., and Webster, J.

[No. 21914–6–I.   Division One.   July 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JOE FEDENCIO GARCIA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–03400–0, Peter K. Steere, J., entered March 4, 1988. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Swanson and Forrest, JJ.

[No. 21700–3–I.   Division One.   July 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. SAMUEL GOWEN, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 86–1–00065–1, Marshall Forrest, J., entered February 5, 1987. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, J., Winsor, J., dissenting.

[No. 12046–1–II.   Division Two.   July 18, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. SONGOMBI WATKINS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 140845R060, Donald H. Thompson, J., entered April 20, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.